IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>AUSTIN CASTRO,<br><br>                    Defendants. | CASE NO.  1:14-CR-00212 LJO<br><br>[PROPOSED] ORDER ON GOVERNMENT'S MOTION TO DISMISS<br>(Fed. R. Crim. P.  48(a)) |

   IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Austin Castro without prejudice.

IT IS SO ORDERED.

   Dated:   **May 11, 2015**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

ORDER                                            1